**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-426 |
| v. | **PATENT CASE** |
| **ESTEE LAUDER INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff eDekka LLC ("eDekka"), and agreed to by Defendant Estee Lauder Inc. ("Estee Lauder"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by eDekka against Estee Lauder are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**So ORDERED and SIGNED this 3rd day of September, 2014.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE